United States District Court
District of Minnesota

Chad Nicholas Nelson,          Case No. 23-cv-2031-ECT-LIB
          Plaintiff,

                               Motion: Plaintiff's First
V.                             Request For Production of
                               Documents.

Minnesota Attorney Generals,
Keith Ellison,
Carrie Sperling,
Conviction Review Unit,
          Defendant.

RECEIVED BY MAIL
AUG 14 2023
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA
SCANNED
AUG 14 2023
U.S. DISTRICT COURT MPLS

Plaintiff Chad Nelson respectfully requests the Court to take notice of Plaintiff's First Request For the Production of Documents Pursuant to Rule 34 of the Federal Rules of Civil Procedure that requests Keith Ellison and or Carrie Sperling to Produce a copy of all the documents the Conviction Review Unit has in their possession regarding Plaintiff Chad Nelson for the Court itself and specifically to Chad Nelson.

Documents include: 1) All CRU applications. 2) All supporting documents. 3) All Correspondence to and from CRU between Plaintiff and defendant and CRU and others regarding Plaintiff's CRU applications. 4) Minutes and or notes of CRU meetings regarding Plaintiff. 5) Any other relevant documentation regarding Plaintiff's CRU applications.

August 9, 2023

Chad Nelson / Chad Nelson