UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Chad Nicholas Nelson, | File No. 23-cv-2031 (ECT/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| Keith Ellison, *Minnesota Attorney General*, and Carrie Sperling, *Assistant Attorney General, Conviction Review Unit*, | |
| Defendants. | |

Plaintiff Chad Nicholas Nelson commenced this § 1983 action pro se by filing a complaint against Defendants Keith Ellison and Carrie Sperling. ECF No. 1. Mr. Nelson's complaint was dismissed without prejudice on September 11, 2023. ECF No. 12. Judgment was entered the following day. ECF No. 13. Mr. Nelson's motion to alter or amend the judgment was denied on September 29, 2023. ECF No. 17. Mr. Nelson now brings a motion for declaratory judgment. ECF No. 18. The motion will be denied because the case has already been dismissed. Therefore, based on the foregoing, and on all the files, records, and proceedings in this matter, **IT IS ORDERED THAT** Plaintiff Chad Nicholas Nelson's motion for declaratory judgment [ECF No. 18] is **DENIED**.

Dated: October 6, 2023

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court