Chad Nelson-OID#-254513
MCF-Rush City
7600 525th
Rush City, MN 55069

10-8-2023

United States District Court
District of Minnesota
Honorable Judge Eric C. Tostrud

Case No. 23-CV-2031-ECT-LIB

RE: Enclosed Contents.

Dear Honorable Judge Eric C. Tostrud,

Plaintiff Nelson respectfully requests the court to take notice of the enclosed documents:

1) Motion for Relief From Judgment or Order per Fed. R. of. Civ. P. Rule 60 and Verified declarations.

2) Table of Contents, exhibits, Verified "Supplemental" Complaint respectfully submitted per Federal Rule of Civil Procedure Rule 15(a)(1) and Rule 15(a)(2), and Rule 15(d).

Respectfully,

Chad Nelson
Chad Nelson